UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/12
```

JON JONES, ET AL,
PLAINTIFFS

V.   CASE NO. 1:2011-CV-08215

ERIC T. SCHNEIDERMAN, ET AL,
DEFENDANTS

MOTION TO INTERVENE AS PLAINTIFF
UNDER FED. R. CIV.P RULE 24(A)2, 24(B)

COMES NOW, THE MOVANT JONATHAN LEE RICHES, MOVES THIS HONORABLE COURT TO INTERVENE IN THIS LITIGATION AS A PLAINTIFF WITH NEWLY DISCOVERED EVIDENCE UNDER RULE 24, A UNCONDITIONAL MATTER OF RIGHT.
JONATHAN LEE RICHES IS BEING DISCRIMINATED BY THE DEFENDANTS CONDUCT, THE DEFENDANTS CONSPIRED WITH THE FEDERAL BUREAU OF PRISONS TO BAN ALL MMA AND ULTIMATE FIGHTING FROM THE PRISON TV SETS WHICH CAUSED ME EMOTIONAL DISTRESS FOR MANY YEARS SINCE FEB 25,2003. THAT WAS WHEN I FIRST GOT INCARCERATED. NOW I'M FREE, BUT THE DEFENDANTS SUBJECTED ME TO TORTURE WHILE I WAS AT THE FEDERAL MEDICAL CENTER IN LEXINGTON KY, WHERE I WAS ILLEGALLY HELD IN SOLITARY CONFINEMENT AND ON A DAILY BASIS, THE DEFENDANTS AND PRISON STAFF WOULD BEAT AND TORTURE ME WITH MMA WRESTLING MOVES INCLUDING CHOKE HOLDS, UPPER CUTS, AND I WAS FORCED FED AGAINST MY WILL BY THE DEFENDATS WHEN I WENT ON A HUNGER STRIKE. NOW, I CANT AFFORD CABLE TELIVISION TO WATCH THE PLAINTIFFS ON TV, WHICH IS UNCONSTITUTIONAL, THIS IS AMERICA, AND EVERY CITIZEN SHOULD ME ABLE TO AFFORD A TV SET, WHICH I CANT BECAUSE I HAVE SO MUCH PSYCHOLOGICAL DAMAGE FROM PRISON ABUSE, THAT I CANT GET A JOB. FEDERAL SENTENCING GUIDELINES ARE UNCONSTITUTIONAL.

FEDERAL SENTENCING GUIDELINES ARE UNCONSTITUTIONAL. JON JONES DUI ARREST IS UNCONSTITUTIONAL, HE GAVE SO MUCH TO THE BINGHAMTON AREA COMMUNITY, NOW THEY WANT TO SHUN HIM, I TAKE OFFENSE. I HAD TO BEG ON A STREET CORNER IN BROOKLYN JUST TO SCRAPE ENOUGH MONEY TO WATCH GINA CARANO IN HER MOVIE DEBUT. I CAN BE REACHED BY EMAIL AT JOHNNYSUENAMI @ GMAIL.COM OR FIND ME ON FACEBOOK AS GINO ROMANO. I PRAY THIS COURT WILL ALLOW ME TO PRESENT MY PRISON MEDICAL RECORDS AS EVIDENCE IN THIS CASE.

RESPECTFULLY, *[signature]* 5-22-12

JONATHAN LEE RICHES
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211

## CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOLLOWING FOREGOING MOTION WAS SENT VIA THE UNITED STATES POSTAL SERVICE ON 5/22/12 TO THE FOLLOWING PARTIES:

**Barry Evan Friedman**
New York University School of Law
40 Washington Square South
New York, NY 10012
(212)-998-6293
(212)-995-4030 (fax)
barry.friedman@nyu.edu
*Assigned: 01/23/2012*
*ATTORNEY TO BE NOTICED*

**Jamie A. Levitt**
Morrison & Foerster LLP (NYC)
1290 Avenue of the Americas
New York, NY 10104
212-682-9640
212-682-9648 (fax)
jlevitt@mofo.com
*Assigned: 11/15/2011*
*ATTORNEY TO BE NOTICED*

RESPECTFULLY,   5-22-12

JONATHAN LEE RICHES
143 ROEBLING ST
SUITE 5
BROOKLYN, NY 11211