```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JON JONES, ET AL.,                       :
                                         :
                        Plaintiffs,      :
                                         :           11 CV 8215 (KMW) (GWG)
        -against-                        :
                                         :           **ORDER**
                                         :
ERIC T. SCHNEIDERMAN, ET AL.             :
                                         :
                        Defendants.      :
------------------------------------------------------X

After reviewing the Parties' Joint Proposed Scheduling and Case Management Order, the Court Orders the following schedule as to Defendants' second motion to dismiss:

1. Amendment of the Pleadings: Plaintiffs may file an amended complaint on or before **September 24, 2012**.

2. Second Motion to Dismiss: Defendant Schneiderman shall file his moving papers in support of his second motion to dismiss on or before **October 22, 2012**, and his time to answer or move with respect to the amended complaint shall be extended to and include that date. Plaintiffs shall file their opposition papers on or before **November 19, 2012**. Defendant Schneiderman shall file his reply papers on or before **December 3, 2012**.

3. Second Motion to Dismiss Page Limits: Defendant Schneiderman's moving memorandum in support of its second motion to dismiss and Plaintiff's opposition memorandum shall not exceed **40 pages**. Defendant Schneiderman's reply memorandum shall not exceed **15 pages**.

The Court will wait to set a schedule for Discovery until after it renders a decision on Defendant's second motion to dismiss.

SO ORDERED.

Dated:   New York, New York
         September 12, 2012

*/s/ Kimba M. Wood*

Kimba M. Wood
United States District Judge